# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN L. RIGBY,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner, Social Security Administration of the United States,<br><br>    Respondent. | Case No.: CV 09-00309-S-REB<br><br>**MEMORANDUM DECISION AND ORDER RE: PETITIONER'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docket No. 7)** |

Currently pending before the Court is Petitioner's Motion for Default Judgment (Docket No. 7). Having carefully reviewed the record and otherwise being fully advised, the Court enters the following Memorandum Decision and Order:

## DISCUSSION

On October 9, 2009, Petitioner filed his Motion for Default Judgment, alleging that Respondent had not served any answer or motion regarding his Complaint, while "ask[ing] the Court to make judgment or compel the [Respondent] to plead or defend. *See* Mot. for Default J., p. 3 (Docket No. 7). In its October 14, 2009 Opposition, Respondent argues that the Court's standard Procedural Order for Disability Review cases provides 90 days for it to file its answer. *See* Opp. to Mot. for Default J., pp. 1-2 (Docket No. 8). According to Respondent, its deadline to respond expired on October 26, 2009, thus rendering Petitioner's Motion for Defendant Judgment premature. *See id.* at p. 2.

**MEMORANDUM DECISION AND ORDER - 1**

It is true that Social Security Disability Review cases present a different procedural framework than the typical civil action.  Along these lines, the Court's Procedural Order, issued on October 14, 2009, states in no uncertain terms that "Respondent shall serve and file his answer to the petition, together with a certified copy of the transcript of the administrative record within ninety (90) days of the date of service of the Petition for Review."  *See* Procedural Order, ¶ 1 (Docket No. 9).  Respondent states that, on July 27, 2009, it received Petitioner's Complaint by Certified Mail (*see* Decl. Of Michelle Butler, ¶ 2 (Docket No. 8, Att. 1)), thus requiring it to respond on or before October 26, 2009.  *See* Opp. to Mot. for Default J., p. 2 (Docket No. 8).

On October 21, 2009, Respondent filed and served its Answer.  *See* Answer (Docket No. 11).  Pursuant to the above-referenced Procedural Order, that same day, Respondent also filed and served a copy of the Administrative Record at issue here.  This same Procedural Order further outlines the following procedural deadlines moving forward:

- Petitioner shall serve and file a brief in support of the petition for review within thirty (30) days following the filing of the administrative record.

- Respondent shall serve and file a response brief within thirty (30) day following the service of Petitioner's brief.

- Petitioner may file a reply to Respondent's response within twenty (20) days of service of Respondent's response.

- That the matter shall be deemed submitted fifteen (15) days after filing of Petitioner's reply brief without hearing, unless otherwise ordered by the Court.

- That no extensions of time will be permitted without order of the Court.

*See* Procedural Order, ¶¶ 2-6 (Docket No. 9).

With all this in mind, and based upon the Record before this Court, it would seem that Petitioner's Motion for Default Judgment is now moot and, accordingly, is denied.

**MEMORANDUM DECISION AND ORDER - 2**

## ORDER

Based on the FOREGOING, it is HEREBY ORDERED that Petitioner's Motion for Default Judgment (Docket No. 7) is DENIED.



DATED: **November 5, 2009**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**MEMORANDUM DECISION AND ORDER - 3**